MORRIS MAGID, Respondent, v. THE CITY OF NEW YORK et al., Appellants.

(Submitted May 13, 1932; decided June 2, 1932.)

*Arthur J. W. Hilly,* Corporation Counsel (*Milton I. Hauser, Louis Diamant* and *J. Joseph Lilly* of counsel), for The City of New York, appellant.

*Frank M. Wilcox* and *Clarence E. Mellen* for Garhill Realty Corporation, appellant.

*Bernard Gordon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.